UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JAMES ROBERT LUTTICKEN,<br><br>          Defendant. | Case No. _____<br>          (25mj4647-VET)<br><br><u>I N F O R M A T I O N</u><br><br>Title 18, U.S.C., Sec. 2252(a)(2) – Receipt of Images of Minors Engaged in Sexually Explicit Conduct; Title 18, U.S.C., Sec. 2252(a)(4)(B) – Possession of Images of Minors Engaged in Sexually Explicit Conduct; Title 18, U.S.C., Sec. 2253 – Criminal Forfeiture |

The United States Attorney charges:

<u>COUNT 1</u>

Beginning on a date unknown through on or about November 11, 2024, within the Southern District of California, defendant JAMES ROBERT LUTTICKEN, did knowingly receive visual depictions, that is digital and computer images, using any means and facility of interstate and foreign commerce, and which has been mailed, shipped and transported in and affecting interstate and foreign commerce, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which

visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

COUNT 2

From a time unknown through on or about January 29, 2025, within the Southern District of California, defendant JAMES ROBERT LUTTICKEN, did knowingly possess at least one matter which contained a visual depiction that had been shipped and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which have been mailed or so shipped or transported, by any means including by computer, the production of which involved the use of a prepubescent minor and a minor who had not attained 12 years of age engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(4)(B).

FORFEITURE ALLEGATIONS

1.   The allegations contained in Counts 1 and 2 of this Information are re-alleged and by reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 2253.

2.   Upon conviction of one and more of the offenses alleged in Counts 1 and 2, which allege violations of Title 18, United States Code, Section 2252, defendant JAMES ROBERT LUTTICKEN, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a) all his interest in: any visual depiction which was produced, transported, mailed, shipped, or received in violation of law; any property, real and personal, constituting or traceable to gross profits

or other proceeds obtained from the offenses; and any property, real and personal, used or intended to be used to commit or to promote the commission of such offenses and any property traceable to such property.

3. If any of the forfeitable property described above in Paragraph 2, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above in Paragraph 2.

All pursuant to Title 18, United States Code, Section 2253.

DATED: October 10, 2025.

ADAM GORDON
United States Attorney

*Amy L. Brammell*
AMY L. BRAMMELL
Assistant U.S. Attorneys